**Entered on Docket
September 24, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

**M NELSON SEGEL, CHARTERED**
M NELSON SEGEL, ESQUIRE
Nevada Bar No. 0530
624 South 9th Street
Las Vegas, Nevada 89101
Telephone:    (702) 385-5266
Facsimile:    (702) 382-2967
Email: nelson@nelsonsegellaw.com
*Attorneys For Chapter 7 Trustee Yvette Weinstein*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | |
| ) | CASE NO: BK-S-08-16253 MKN |
| DAVID M. RIVAS, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | DATE:    8/26/09 |
| _____ ) | TIME:    2:30 p.m. |

**ORDER SUSTAINING SECOND OBJECTION TO CLAIM OF EXEMPTIONS**

The Second Objection to Claim of Exemptions ("SECOND OBJECTION") filed by Trustee, YVETTE WEINSTEIN ("WEINSTEIN") having come on for hearing on the 26th day of August, 2009, WEINSTEIN appearing by and through her attorney, M NELSON SEGEL, ESQUIRE, Debtor David M. Rivas appearing by and through his attorney, THOMAS E. CROWE, ESQUIRE, the Court having reviewed the pleadings on file, having heard the arguments of counsel and good cause

. . .

. . .

. . .

- 1 -

appearing therefor; it is hereby

ORDERED that the SECOND OBJECTION be, and it hereby is, SUSTAINED, without prejudice.

Submitted by:                                                  Approved:

M NELSON SEGEL, CHARTERED                THOMAS E. CROWE PROFESSIONAL
                                                                        LAW CORPORATION

By /s/ M NELSON SEGEL
    M NELSON SEGEL, ESQUIRE                         THOMAS E. CROWE, ESQUIRE
    *Attorneys for Trustee Yvette Weinstein*          *Attorney for Debtor*

                                                                            ###

**RULE 9021 DECLARATION**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Thomas Crowe, Esquire - Counsel for Debtor
    ☐ approved the form of this order;
    ☐ waived signature in open court; and/or
    ☒ failed to file and serve papers in accordance with LR 9021(c);

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

###

- 3 -